No. 11–5062. BORTZ v. CAMERON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5063. BENOIT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–5065. LOMAX v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5066. OLVERA-RIVERA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5068. QUY NGUYEN v. HO. Super. Ct. Pa. Certiorari denied.

No. 11–5069. CARVAJAL v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5071. SPENCER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5072. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5074. KEMPPAINEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–5075. VADEN v. MCDONALD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

. No. 11–5076. MCBURNEY v. DISCIPLINARY BOARD OF THE RHODE ISLAND SUPREME COURT. Sup. Ct. R. I. Certiorari denied.

No. 11–5077. O'GRADY v. COURT OF APPEALS OF WISCONSIN, DISTRICT III. Sup. Ct. Wis. Certiorari denied.

No. 11–5079. MCGREW v. GILCREASE ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5080. PASCHALL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.